IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AQUAN J. HILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-1547-CFC-LDH |
| | ) | |
| LYNN GIBSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington on this 18th day of August in 2026, having considered the Report and Recommendation by United States Magistrate Judge Laura D. Hatcher filed on July 29, 2026 (D.I. 11), and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

It is HEREBY ORDERED that:

1. The Magistrate Judge's recommendations (D.I. 11) are **ADOPTED**.

2. The Plaintiff's personal property claims and classification claims are **DISMISSED WITH PREJUDICE**.

3. The remaining defendants and claims are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim.

Chief Judge